**FILED**

MAR 27 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WILLIAM BAKER, | ) ) |
| Defendant. | ) ) |

**4:19CR00242 HEA**

## INFORMATION

### COUNT I

The United States Attorney charges:

During the calendar year 2011, in Saint Louis County within the Eastern District of Missouri,

**WILLIAM BAKER,**

the Defendant herein had and received gross income in excess of $300,000. By reason of such gross income, he was required by law, following the close of the calendar year 2011 and on or before April 15, 2012, to make an income tax return to the Internal Revenue Service Center, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, he did willfully fail, on or about April 15, 2012, in the Eastern District of Missouri and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

## COUNT II

The United States Attorney further charges:

During the calendar year 2012, in Saint Louis County within the Eastern District of Missouri,

**WILLIAM BAKER,**

the Defendant herein had and received gross income in excess of $300,000. By reason of such gross income, he was required by law, following the close of the calendar year 2012 and on or before April 15, 2013, to make an income tax return to the Internal Revenue Service Center, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, he did willfully fail, on or about April 15, 2013, in the Eastern District of Missouri and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203

JEFFERY B. JENSEN
United States Attorney

*[signature]*
DIANNA R. COLLINS, #59641
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, DIANNA COLLINS, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

DIANNA COLLINS, #59641MO

Subscribed and sworn to before me this 22nd day of February, 2019.

CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK